# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

TRACY LYNN PETTY,

    Petitioner,

v.                                   CASE NO.  4:10cv552-RH/WCS

UNITED STATES OF AMERICA,

    Respondent.

_____/

## ORDER DISMISSING PETITION

This case is before the court on the magistrate judge's report and recommendation, ECF No. 5.  No objections have been filed.  Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion.  The clerk must enter judgment stating, "The petition is dismissed with prejudice."  The clerk must close the file.

SO ORDERED on September 29, 2011.

                                               Robert L. Hinkle
                                               United States District Judge